UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61384-CIV-ALTMAN

**DAVID T. TRAN**,

    Plaintiff,

v.

**ROSS UNIVERSITY SCHOOL OF MEDICINE**,

    Defendant.
_____/

## ORDER OF REFERRAL

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On June 3, 2019, the Plaintiff filed a Motion for Leave to Proceed *in forma pauperis* [ECF No. 3]. Pursuant to 28 U.S.C. § 636(b)(1), the Court hereby

**ORDERS AND ADJUDGES** as follows:

The Plaintiffs' Motion [ECF No. 3] is hereby **REFERRED** to United States Magistrate Judge Patrick M. Hunt to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of June, 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record