AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____D.C.

JUN 27 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David T. Tran )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19-61384-CIV-ALTMAN
Ross University School of Medicine )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ross University School of Medicine
2300 SW 145th St., Suite 200
Miramar, FL 30027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David T. Tran
1871 Donner Ave.
San Francisco, CA 94124-2514

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **Angela E. Noble**

Date: 6/27/19 ~~06/24/2019~~

*Signature of Clerk or Deputy Clerk*