UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID T. TRAN,                                          CASE NO. 19-61384-CIV-ALTMAN

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan Roman, Esq. of the law firm of Akerman LLP hereby gives notice of his appearance as counsel on behalf of Defendant Ross University School of Medicine in the above-captioned proceeding. Accordingly, any and all papers and pleadings in this proceeding should be served on the undersigned counsel.

Dated: July 22, 2019

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

*Counsel for Defendant*

49516981;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 22nd day of July 2019 to:

>David T. Tran
>1871 Donner Avenue
>San Francisco, California 94124
>Telephone: (415) 497-8534
>Email: trantdavid@gmail.com

*s/Ryan Roman*
Ryan Roman
