**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID T. TRAN,                                    CASE NO. 19-61384-CIV-ALTMAN

     Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

     Defendant.

_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Octavia M. Green, Esq. of the law firm of Akerman LLP

hereby gives notice of her appearance as counsel on behalf of Defendant Ross University School

of Medicine in the above-captioned proceeding.  Accordingly, any and all papers and pleadings in

this proceeding should be served on the undersigned counsel.

 Dated:  July 22, 2019                          Respectfully submitted,

                                            **AKERMAN LLP**
                                            Three Brickell City Centre
                                            98 Southeast Seventh Street, Suite 1100
                                            Miami, Florida 33131
                                            Telephone: (305) 374-5600
                                            Facsimile:  (305) 374-5095

                                            By: _s/Octavia M. Green_____
                                            Michael C. Marsh
                                            Florida Bar No. 0072796
                                            michael.marsh@akerman.com
                                            simone.tobie@akerman.com
                                            Ryan Roman
                                            Florida Bar. No. 0025509
                                            ryan.roman@akerman.com
                                            dorothy.matheis@akerman.com
                                            Octavia M. Green
                                            Florida Bar No. 119179
                                            octavia.green@akerman.com
                                            simone.tobie@akerman.com

                                            *Counsel for Defendant*

49517040;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

on this 22nd day of July 2019 to:

> David T. Tran
> 1871 Donner Avenue
> San Francisco, California 94124
> Telephone: (415) 497-8534
> Email: trantdavid@gmail.com

> *s/Octavia M. Green*
> Octavia M. Green

49517040;1