FILED BY /MV/ D.C.

AUG 05 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID T. TRAN
(plaintiff)

Case Number: 19-61384-CIV-ALTMAN

v.

**MOTION TO REMAND CASE
TO STATE COURT**

ROSS UNIVERSITY SCHOOL
OF MEDICINE
(defendant)

---

Plaintiff, David T. Tran, hereby files a motion to remand the current federal civil suit (upon dismissal) in the Southern District of Florida against Ross University School of Medicine to state court. To this end, the plaintiff requests that this case be dismissed without prejudice so that he can refile in the Third District Court of Florida (Broward County). By refiling, plaintiff claims that the statute of limitations will not "run out" (as will be explained in his initial pleading to the state court) and that the state court has original jurisdiction in this matter and does not make a claim regarding a federal question at hand. Furthermore, it would be improper if defendant were to later remove the case back to federal court since it has been established that Ross University School of Medicine is an in-state defendant and no federal question arises.

Respectfully submitted on 8/2/2019,

*[signature]*

David T. Tran



David T. Tran
1871 Donner Ave.
San Francisco, CA 94124

Clerk's Office
301 North Miami Ave.
Miami, FL 33128

9505 5101 4191 9214 1911 27

**USPS TRACKING NUMBER**

EXPECTED DELIVERY DAY: 08/05/19

FLAT RATE
ONE RATE ★
APPLY PRIOR

1022

33128

U.S. POSTAGE PAID
PM 2-Day
SAN FRANCISCO, CA
94134
AUG 02, 19
AMOUNT
**$6.80**
R2305K131989-09

× For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5