UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61384-CIV-ALTMAN

**DAVID T. TRAN**,

    Plaintiff,

v.

**ROSS UNIVERSITY SCHOOL OF MEDICINE**,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Remand (the "Motion") [ECF No. 12], filed on August 5, 2019. In that Motion, the Plaintiff "requests that this case be dismissed without prejudice so that he can refile in [State Court]." *See* Mot. at 1. Because this action was initiated (by the Plaintiff) in federal court, the Court interprets the Motion as one seeking a voluntary dismissal, and not a "remand." Accordingly, the Court hereby

**ORDERS and ADJUDGES** that the Plaintiff's Motion [ECF No. 12] is **GRANTED** as follows. This case is **DISMISSED without prejudice.** The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record